

U.S. Department of Justice

United States Attorney

*Eastern District of Pennsylvania*

*Nancy E. Potts*
*Direct Dial: (215) 861-8263*
*Facsimile: (215) 861- 8618*
*Email: nancy.potts@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

July 17, 2023

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

     Re:   *United States v. Jowayne C. Godfrey, et al.*
            *Cr. No. 23-302*

Dear Clerk of the Court:

     Please unimpound the Indictment with regard to the above-captioned case. The Indictment was filed on July 13, 2023.

     Very truly yours,

     JACQUELINE C. ROMERO
     United States Attorney

     s/ Nancy E. Potts
     Nancy E. Potts
     Assistant United States Attorney